B1 (Official Form 1) (04/13)

| United States Bankruptcy Court<br>Western District of Pennsylvania | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Erie Hockey Club Limited** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) /Complete EIN<br>(if more than one, state all):    **25-1792922** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) /Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**201 East 8th Street**<br>**Erie, PA**                                ZIPCODE **16503** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br><br>ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>**Erie** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address)<br><br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>**201 East 8th Street, Erie, PA**                                                                                                                 ZIPCODE **16503** ||

**Type of Debtor** (Form of Organization) (Check **one** box.)
- [ ] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [✓] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.) _____

**Chapter 15 Debtor**
Country of debtor's center of main interests: _____
Each country in which a foreign proceeding by, regarding, or against debtor is pending: _____

**Nature of Business** (Check **one** box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [✓] Other

**Tax-Exempt Entity** (Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check **one** box.)
- [ ] Chapter 7
- [ ] Chapter 9
- [✓] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box.)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [✓] Debts are primarily business debts.

**Filing Fee** (Check one box)
- [✓] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [✓] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter)*.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Check all applicable boxes:
- [ ] A plan is being filed with this petition
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- [✓] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| [✓] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets

| [ ] | [ ] | [ ] | [ ] | [✓] | [ ] | [ ] | [ ] | [ ] | [ ] |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| [ ] | [ ] | [ ] | [ ] | [✓] | [ ] | [ ] | [ ] | [ ] | [ ] |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Erie Hockey Club Limited** |
|---|---|

| **All Prior Bankruptcy Case Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed: **None** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **None** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>    Signature of Attorney for Debtor(s)                      Date |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☑ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)
    ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:
    ☐ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Erie Hockey Club Limited** |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

X ***/s/ Nicholas R. Pagliari***
Signature of Attorney for Debtor(s)

**Nicholas R. Pagliari 87877**
**MacDonald Illig Jones & Britton LLP**
**100 State Street, Suite 700**
**Erie, PA  16507-1459**
 **Fax: (814) 454-4647**
**npagliari@mijb.com**

**April  8, 2015**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any,  of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____
Signature

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X ***/s/ Sherwood Bassin***
Signature of Authorized Individual

**Sherwood Bassin**
Printed Name of Authorized Individual

**Sole Shareholder Bassin Hockey, Inc**
Title of Authorized Individual

**April  8, 2015**
Date

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Western District of Pennsylvania**

IN RE:                                                                                    Case No. _____

**Erie Hockey Club Limited**                                                              Chapter **11**

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| **Creative Imprint Systems**<br>2670 West 11th Street<br>Erie, PA 16505 | **Ron Santos**<br>(814) 835-1000 | **Trade debt** | | 45,252.25 |
| **Rexall Sports Corp.**<br>11230-110 Street<br>Edmonton, AB  T5G 3H7 | **Travis Nielson**<br>(780) 409-5833 | **Trade debt** | | 20,485.39 |
| **Ontario Hockey League**<br>305 Milner Avenue, Suite 201<br>Scarborough, ON  M1B 3V4 | **Ray Hollowell**<br>(416) 299-8700 | **Trade debt** | | 20,084.43 |
| **City Of Erie**<br>City Coordinator Of Special Events<br>626 State Street, Room 507<br>Erie, PA 16501 | **Dave Rocco**<br>(814) 870-1253 | **Tax Liability** | | 19,658.25 |
| **Printing Concepts, Inc.**<br>4982 Pacific Avenue<br>Erie, PA 16506 | **Mike Martin**<br>(814) 833-8080 | **Trade debt** | | 15,922.26 |
| **Coach USA - Erie**<br>P.O. Box 279<br>Fairview, PA 16415 | **Jennifer Rogers**<br>(814) 459-6666 | **Trade debt** | | 10,930.00 |
| **State Workers' Insurance Fund 2014-2015**<br>**Commonwealth Of Pennsylvania**<br>100 Lackawanna Avenue, P.O. Box 5125<br>Scranton, PA 18505-5125 | **Accounting**<br>(570) 963-4611 | **Trade debt** | | 8,543.00 |
| **Bank of America Business Card**<br>P.O. Box 982238<br>El Paso, TX 79998-2238 | **Customer Service**<br>(800) 673-1044 | **Trade debt** | | 8,255.19 |
| **5050Central Delaware, Inc.**<br>50 Minthorn Boulevard, Suite 400<br>Thornhill, ON  L3T 7X8 | **Kevin Lovitt**<br>(866) 407-7253 | **Trade debt** | | 7,816.01 |
| **Bank Of America Business Card**<br>P.O. Box 982238<br>El Paso, TX 79998-2238 | **Customer Service**<br>(800) 673-1044 | **Trade debt** | | 7,324.46 |
| **Orthopaedic & Sports Medicine Of Erie PC**<br>100 Peach Street, Suite 400<br>Erie, PA 16507 | **Pat**<br>(814) 454-8287 x. 105 | **Trade debt** | | 6,430.00 |
| **Bauer Hockey**<br>C/O 910750<br>P.O. Box 4090 STN A<br>Toronto, ON  M5W 0E9 | **Accounting**<br>(905) 363-3200 | **Trade debt** | | 5,827.68 |
| **Bank Of America Business Card**<br>P.O. Box 982238<br>El Paso, TX 79998-2238 | **Customer Service**<br>(800) 673-1044 | **Trade debt** | | 5,811.50 |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| Creditor | Contact | Type | Amount |
|---|---|---|---|
| **Erie Sports Store, Inc.**<br>P.O. Box 1777<br>Erie, PA  16507 | **John Atkinson**<br>(814) 866-0200 | **Trade debt** | **4,320.22** |
| **UPMC Health Plan**<br>PO Box 371842<br>Pittsburgh, PA  15250 | Accounting<br>(888) 383-8762 | **Trade debt** | **3,692.61** |
| **Medical Associates of Erie**<br>One LECOM Place<br>Erie, PA  16509 | Accounting<br>(814) 868-2501 | **Trade debt** | **3,395.00** |
| **Comfort Hotel And Suites Peterborough**<br>1209 Lansdowne St W<br>Peterborough, ON  K9J 7M2 | Accounting<br>(855) 809-3507 | **Trade debt** | **2,985.19** |
| **Heritage Wood Specialties, Inc.**<br>63 Sheffield Street<br>Cambridge, ON  N3C 1C3 | Accounting<br>(519) 249-1601 | **Trade debt** | **2,348.98** |
| **Tickets.Com, Inc.**<br>555 Anton Boulevard<br>Costa Mesa, CA  92626 | Accounting<br>(714) 327-5400 | **Trade debt** | **2,154.30** |
| **Canadian Technical Tape Ltd.**<br>455 Cote-Vertu Boulevard<br>Montreal, QC  H4N 1E8 | Accounting<br>(800) 334-1567 | **Trade debt** | **1,659.70** |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP**

I, [the president *or* other officer *or* an authorized agent of the corporation][*or* a member *or* an authorized agent of the partnership] named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **April  8, 2015**      Signature: */s/ Sherwood Bassin*

**Sherwood Bassin, Sole Shareholder Bassin Hockey, Inc**

(Print Name and Title)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Western District of Pennsylvania**

**IN RE:**                                                                                           Case No. _____

**Erie Hockey Club Limited**                                                Chapter **11**

Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.

Date: **April 8, 2015**        Signature: */s/ Sherwood Bassin*
                                                 **Sherwood Bassin, Sole Shareholder Bassin Hockey, Inc**    Debtor

Date: _____     Signature: _____
                                                                                                 Joint Debtor, if any

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

```
5050Central Delaware, Inc.
50 Minthorn Boulevard, Suite 400
Thornhill, ON   L3T 7X8


Aaron Cooney
Director Of Broadcasting & Media Relatio
1217 W. 30 Street
Erie, PA   16508


Academy Of Hockey
Goaltending Coach
100 Washington Street
Buffalo, NY   14203


Academy Of Hockey
100 Washington Street
Buffalo, NY   14203


Adam Wood
141 Peace Road
Reaboro, ON   K0L 2X0


ALLY
P.O. Box 380902
Bloomington, MN   44438-0902


Andrew J. Eckart, Esq.
Charney Lawyers
151 Bloor Street West, Suite 890
Toronto, ON   M5S 1P7


Andrew Kupniewski
Head Athletic Trainer
614 East 10th Street
Erie, PA   16503
```

Bank of America Business Card
P.O. Box 982238
El Paso, TX   79998-2238


Bank Of America Business Card
Payment Services
900 Samoset Drive, DE5-023-03-02
Newark, DE   19713-6000


Bassin Hockey, Inc.
201 East 8th Street
Erie, PA   16503


Bauer Hockey
6660A Millcreek Drive
Mississauga, ON   L5N 8B3


Bauer Hockey
C/O 910750
P.O. Box 4090 STN A
Toronto, ON   M5W 0E9


Bayfront Open MRI
410 Cranberry Street
Erie, PA   16507


Bonded Services
4859 Pacific Avenue
Erie, PA   16506


Canadian Technical Tape Ltd.
455 Cote-Vertu Boulevard
Montreal, QC   H4N 1E8

```
City Of Erie
City Coordinator Of Special Events
626 State Street, Room 507
Erie, PA  16501


Clarion Hotel & Conference
2800 West 28th Street
Erie, PA  16505


Coach USA - Erie
P.O. Box 279
Fairview, PA  16415


Coach USA - Erie
717 West Ridge Road
Fairview, PA  16415


Comfort Hotel And Suites Peterborough
1209 Lansdowne St W
Peterborough, ON  K9J 7M2


Connoisseur Media
One Boston Store Place
Erie, PA  16501


Creative Imprint Systems
2670 West 11th Street
Erie, PA  16505


Darcie Chabola
Front Office Manager
3314 Stoughton Road
Erie, PA  16506
```

```
Dave Brown
Director Of Hockey Operations
26 Raiana Dr - Box 478
Virgil, ON   L0S 1T0


David E. Branch, President
Ontario Hockey League
305 Milner Avenue, Suite 201
Scarborough, ON   M1B 3V4


Devin Brown
Regional Scout - GTHL
14496 Danby Road
Georgetown, ON   L7G 6M3


Don Patsy
Sales Associate
2917 Coleridge Drive
Erie, PA   16506


EmergyCare
1701 Sassafras Street
Erie, PA   16502


Erie County Convention Center Authority
Casey Wells
809 French Street
Erie, PA   16501


Erie Sports Store, Inc.
P.O. Box 1777
Erie, PA   16507


Erie Sports Store, Inc.
1920 Keystone Drive
Erie, PA   16509
```

Gordon I. Kirke, Q.C.
30 St. Clair Avenue West, Suite 400
Toronto, ON   M4V 3A1


Hagan Business Machines
1112 Peach Street
Erie, PA   16512


Heritage Wood Specialties, Inc.
63 Sheffield Street
Cambridge, ON   N3C 1C3


HockeyTech Canada, ULC
15 Campbell Road
Guelph, ON   N1H 1B9


Jaime Cieszynski
Assistant Director Of Operations
412 Carver Avenue
Erie, PA   16511


Jay McKee
Assistant Coach
209 Portside
Buffalo, NY   14202


John Frey
Director Of Operations
3430 West 40th Street
Erie, PA   16506


Josh Carniewski
Director Of Game Day Entertainment
4031 Zimmerly Road
Erie, PA   16506

```
Kevin Putzig
Equipment Manager
21 Wood Hill Road
Trumbull, CT   06611


Kris Knoblauch
Head Coach
5431 Niemeyer Road
Erie, PA   16509


Mark Nelson
Regional Scout - Alliance
46 Dingman Place
Stratford, ON   N4Z 1J1


Mary F. Adiutori Enterprises
2617 Greengarden Boulevard
Erie, PA   16506


Matthew J. McLaughlin, Esquire
Solicitor To Erie County Convention Cent
246 West Tenth Street
Erie, PA   16501-0000


Medco Supply Company
PO Box 21773
Chicago, IL   60673


Medical Associates of Erie
One LECOM Place
Erie, PA   16509


Mike Battah
Regional Scout - ETA
32 Horton Street
Ajax, ON   L1Z 1E3
```

```
Mike Johnson
Merchandise Manager
5848 Courtland Drive
Erie, PA   16509


Mike Vitron
Sales Executive/Marketing
5424 W. 52 St.
Fairview, PA   16506


Millcreek Community Hospital
5515 Peach Street
Erie, PA   16509


Next Level Sports Management
34700 Pacific Coast Highway, Suite 305
Capistrano Beach, CA   92624


Northshore Technological
3618 West 12th Street
Erie, PA   16506


Ontario Hockey League
305 Milner Avenue, Suite 201
Scarborough, ON   M1B 3V4


Ontario Major Junior Hockey Corp.
11230-110 Street
Edmonton, AB   T5G 3H7


Orthopaedic & Sports Medicine Of Erie PC
100 Peach Street, Suite 400
Erie, PA   16507
```

Pakmark LTD
6700 Homestretch Road
Dayton, OH   45414


Pat Curtis
Accountant
13168 West Lake Road
East Springfield, PA   16411


Paul Pilatowski
Director Of Sales
903 Delaware Avenue
Erie, PA   16505


Phantom Signs
5320 Buffalo Road
Erie, PA   16511


Printing Concepts, Inc.
4982 Pacific Avenue
Erie, PA   16506


Ray Irwin
Regional Scout - Northern Ontario
8 Canterbury Court
North Bay, ON   P1C 1K6


Rexall Sports Corp.
11230-110 Street
Edmonton, AB   T5G 3H7


Rob Alderman
Regional Scout - Alliance South
423 Pentilly Road
Tecumseh, ON   N8N 4L6

Robert E. Richards, Esquire
Dentons
233 South Wacker Drive, Suite 7800
Chicago, IL  60606-6404


Samuel Berg
3886 Lakeshore Road
Beamsville, ON  L0R 1B1


Samuel R. Grego, Esquire
Dickie McCamey & Chilcote P.C.
Two PPG Place, Suite 400
Pittsburgh, PA  15222-5402


Scott Halpenny
Director Of Scouting
35 Queensbury Drive
Ottawa, ON  K2J 4L7


Shawna K. Vogel, Esquire
Dentons
2900 Manulife Place 10180-101 Street
Edmonton, AB  T5J 3V5


Sheraton Erie Bayfront Hotel
55 West Bay Street
Erie, PA  16501


Sherwood Bassin
General Manager & Governor
929 Chevrolet Street
Oshawa, ON  L1G 4H7


State Workers' Insurance Fund 2014-2015
Commonwealth Of Pennsylvania
100 Lackawanna Avenue, P.O. Box 5125
Scranton, PA  18505-5125

```
Steve Metzler
Sales Executive/Operations
1217 W. 30 Street
Erie, PA   16508


Taradoodles
6044 Primrose Court
Fairview, PA   16415


Theodore P. Charney, Esq.
Charney Lawyers
151 Bloor Street West, Suite 890
Toronto, ON   M5S 1P7


Tickets.Com, Inc.
555 Anton Boulevard
Costa Mesa, CA   92626


Time Warner Cable
PO Box 01901
Carol Stream, IL   60132


Time Warner Cable
3347 Platt Springs Road
West Columbia, SC   29170


Toshiba Financial Services
1310 Madrid Street, Suite 101
Marshall, MN   56258


UPMC Health Plan
PO Box 371842
Pittsburgh, PA   15250
```

```
UPMC Health Plan
Attn:  Commercial Plans
U.S. Steel Tower, 600 Grant Street
Pittsburgh, PA  15219


Verizon
P.O. Box 33078
St. Petersburg, FL  33733-0000


Verizon
22001 Loudoun County Parkway
Ashburn, VA  20147


Verizon Wireless
Bankruptcy Administrator
500 Technology Drive, Suite 550
Weldon Spring, MO  63304


Verizon Wireless
P.O. Box 25505
Lehigh Valley, PA  18002-5505


Vince Laise
Assistant Coach
960 West 6th Street
Erie, PA  16507


Walt Wingfield
Regional Scout - SCTA
93 King Street E. Apt. 405
Dundas, ON  L9H 1C1
```